

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2015

No. 04-15-00593-CR

Michael Isaac **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 419099
Honorable Robert Behrens, Judge Presiding

# O R D E R

 Appellant's brief was due November 25, 2015, but was not filed. On December 1, 2015, this court sent appellant notice that his brief had not been filed, and that if a response to our notice was not filed within ten days of the date of the letter, we would abate the appeal to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2). On December 11, 2015, appellant file a response to our notice and a motion for extension of time to file the brief, asking for an extension of thirty-three days from the original due date. After review, we **GRANT** appellant's motion for extension of time to file appellant's brief and **ORDER** that the brief be filed in this court on or before December 28, 2015.

_____
Marialyn Barnard, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court